# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE,        )
                                  )
     v.                   )      ID No. 2207000617
                                  )
RONALD H. JOHNSON,     )
                                  )
     Defendant.        )

## ORDER

This 19th day of July, 2023, upon consideration of Defendant, Ronald H. Johnson's ("Defendant") *pro se* Motion for Reduction or Modification of Sentence (the "Motion"),[1] Defendant's prior record, and the sentence imposed upon Defendant, it appears to the Court that:

1.   On February 20, 2023, Defendant pled guilty to Driving Under the Influence, 8th Offense, which is a Class C nonviolent felony.[2]

2.   On that same date, Defendant was sentenced to 15 years at Level V, suspended after 30 months, followed by one year at supervision Level III In-Patient Drug Treatment.[3]

---

[1] D.I. 13 ("Def.'s Mot.").
[2] D.I. 11.
[3] D.I. 12.

3. On April 14, 2023, Defendant filed a timely Motion for sentence modification which seeks removal of the condition that Defendant undergo in-patient drug treatment during his Level III sentence.[4]

4. The sentence in this case was imposed pursuant to a Plea Agreement between the State and Defendant and signed by Defendant. Pursuant to Criminal Procedural Rule 11(c)(1), the Court addressed Defendant personally and in open court and determined that Defendant understood the nature of the charge to which the plea was offered. Accordingly, Defendant acknowledged that the range of possible penalties included the sentence that was imposed by the Court in this case.

5. In crafting its sentence, the Court considered the nature of the crimes committed, Defendant's criminal history, and the mitigating factors presented by Defendant's counsel, such as Defendant's educational and occupational history. The Court concludes that Defendant's sentence is appropriate for all the reasons stated at the time of sentencing. No additional information has been provided to the Court that would warrant a reduction or modification of this sentence.

---

[4] Def.'s Mot. at 3.

For the foregoing reasons, Defendant's Motion for Reduction or Modification of Sentence is hereby **DENIED**.

**IT IS SO ORDERED.**

_____
Sheldon K. Rennie, Judge

Original to Prothonotary
Cc:    Ronald H. Johnson (SBI #00244221), HRYCI, Wilmington, DE